UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. : 13-0707 WHA |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR TRAVEL** |
| JODY SHADDEN, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN in that neither Mr. Shadden's pretrial services officer, Frank Guerrero, nor Assistant United States Attorney, Benjamin Kingsley, has an objection, it is hereby ordered that Jody Shadden be permitted to travel from Bakersfield, California to Cedar Rapids, Iowa for business.

Mr. Shadden is permitted to travel to Cedar Rapids, Iowa by plane from Bakersfield Airport on Friday, April 18, 2014 returning to Bakersfield Airport on Friday April 26, 2014.

Complete airline itineraries and accommodations will be provided to pretrial once booked.

No party objects to the requested travel request.

All other conditions of release are to remain the same.

-1-

**SO STIPULATED**

Dated: April 14, 2014

/s/
JOHN M. RUNFOLA
Counsel for Defendant

Dated: April 14, 2014

/s/
BENJAMIN KINGSLEY
Counsel for the Plaintiff

**IT IS SO ORDERED**

Dated:   April 15, 2014.

HONORABLE WILLIAM ALSUP
United States District Judge